UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DAVID ALFREDSON, M.D., | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:16-cv-00069 |
| JOHN HANCOCK LIFE INSURANCE COMPANY, | ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendant. | ) ) | |

## ORDER

The parties Joint Motion for Order of Dismissal (Doc. No. 41) is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE