UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

David Alfredson
           Plaintiff,

v.                Case No.: 1:16–cv–00069

John Hancock Life Insurance Company
           Defendant,

## **ENTRY OF JUDGMENT**

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/26/2017 re [42].

                Keith Throckmorton, Clerk
                <u>s/ Greg Bowersock, Deputy Clerk</u>